

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00090-CR

Anthony Alex **DELEON**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1992-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

Court reporter Patricia Wagner has filed a notification of late reporter's record, requesting an extension to August 18, 2015. We GRANT her request and ORDER her to file the reporter's record on or before August 18, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court